**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2093**

JOHN M. DICKSON, JR.,

Plaintiff - Appellant,

v.

SECURITY GUARD CAPTAIN CARTER, of The Peninsula Town Center;
SECURITY GUARD MS. RHODES, of The Peninsula Town Center;
SECURITY GUARD MR. SHEPPARD, of The Peninsula Town Center;
ASSISTANT DIRECTOR MRS. MATHANY, of The Peninsula Town
Center; FEDERAL BUREAU OF INVESTIGATION TECHNICAL AGENTS
JOHN/JANE DOE(S), in their Individual and official
capacities; CITY OF HAMPTON POLICE CHIEF CHARLES JORDAN, in
his individual and official capacity, acting Under Color of
State Law; CITY OF HAMPTON POLICE OFFICERS JOHN/JANE DOE(S),
in their individual and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News. Arenda L. Wright Allen,
District Judge. (4:13-cv-00061-AWA-DEM)

Submitted: November 17, 2015      Decided: November 19, 2015

Before SHEDD, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John M. Dickson, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order dismissing his civil complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (2012) for failure to state a claim on which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dickson v. Carter, No. 4:13-cv-00061-AWA-DEM (E.D. Va. Aug. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2